**John MATHENA, Plaintiff–Appellant,**

v.

**APPALACHIAN WELDING SUPPLY COMPANY, INCORPORATED; Airgas–Mountain States, Incorporated, Defendants–Appellees.**

No. 01–1001.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 9, 2001.

Decided Aug. 14, 2001.

John Mathena, pro se. Mark Anthony Carter, Allison Suzanne Williams, Heenan, Althen & Roles, Charleston, WV, for appellees.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

John Mathena seeks to appeal the district court's order dismissing his civil action. We dismiss the appeal for lack of jurisdiction because Appellant's notice of appeal was not timely filed.

Parties are accorded thirty days after entry of the district court's final judgment or order to note an appeal, *see* Fed. R.App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5) or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corr.*, 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson*, 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on October 27, 2000. Mathena's notice of appeal was filed on December 19, 2000. Because Mathena failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*